# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

CLARENCE JAMES BROTHERS,

      Plaintiff,

      v.                          Case No.:  6:26-cv-00590-JSS-LHP

MARKO HAKAMAA, SAM
WENSLEY, ANITA HARRELL,

      Defendants,

## ORDER

Plaintiff, proceeding *pro se*, has filed three motions: Motion to Compel Production of Administrative Record (Doc. No. 3), Motion for Rule 16 Scheduling Conference (Doc. No. 5), and Motion for Leave to Conduct Limited Discovery (Doc. No. 6).   On review, the motions do not include a memorandum of legal authority as required by Local Rule 3.01(b).  The motions also do not include a case caption or file number, as required under the Federal Rules of Civil Procedure.  *See* Fed. R. Civ. P. 7(b)(2); Fed. R. Civ. P. 10(a).  Accordingly, the motions (Doc. Nos. 3, 5, and 6) are **DENIED without prejudice**.

Plaintiff is cautioned that although he proceeds *pro se*, all filings in this matter must comply with the Federal Rules of Civil Procedure, Local Rules of this Court, and Court Orders.  *See Moon v. Newsome*, 863 F.2d 835, 836 (11th Cir. 1989) (A *pro se*

litigant "is subject to the relevant law and rules of court, including the Federal Rules of Civil Procedure."), *cert. denied*, 493 U.S. 863 (1989).  Thus, any renewed motions must include memoranda of legal authority demonstrating entitlement to the relief sought, and otherwise comply with the Federal Rules of Civil Procedure and this Court's Local Rules.

    **DONE** and **ORDERED** in Orlando, Florida on March 18, 2026.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Unrepresented Parties